**No. P68/68.**—Compass Instrument & Optical Co., Inc. *v.* United States, protest 64/18785 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plastic cases permanently fitted with dissecting kits and that the merchandise is, in fact, an entirety similar in all material respects to that the subject of *S. S. Kresge Co.* v. *United States* (45 Cust. Ct. 250, Abstract 64484), the claim of the plaintiff was sustained.

**No. P68/69.**—L. Thaler & Co. *v.* United States, protest 67/15439 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of certain padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.

**No. 68/70.**—James S. Baker (Imports) Co., Inc., and Ted L. Rausch et al. *v.* United States, protests 61/13626, etc. (San Francisco).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of sledge hammers and sledge heads similar in all material respects to those the subject of *James S. Baker (Imports) Co.* and *Ted L. Rausch et al.* v. *United States* (58 Cust. Ct. 553, C.D. 3048), the claim of the plaintiffs was sustained.